# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANG CHAN, | NO. LA CV 16-01709-VBF (GJS) |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| SECRETARY OF HOMELAND SECURITY et al., | |
| Respondents. | |

Pursuant to the Court's contemporaneously issued Order Dismissing the Petition <u>With Prejudice as Moot</u>, final judgment is hereby entered in favor of all respondents and against petitioner Dang Chan.

Dated: Friday, August 5, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE